```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

|  |  |  |
|---|---|---|
| TERESA DARBY | : | |
|  | : | |
| v. | : | Civil Action No. DKC 16-0210 |
|  | : | |
| PNC MORTGAGE, NATIONAL ASSOCIATION | : | |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 13th day of December, 2016, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion for summary judgment filed by Defendant PNC Mortgage, National Association (ECF No. 33) BE, and the same hereby IS, GRANTED;

2. Judgment BE, and the same hereby IS, ENTERED in favor of Defendant PNC Mortgage, National Association and against Plaintiff Teresa Darby on all counts; and

3. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties and CLOSE this case.

```
                              _____/s/_____
                              DEBORAH K. CHASANOW
                              United States District Judge
```